IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN R. MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 21-cv-00074-JPG |
| | ) |
| COUNTY OF ST. CLAIR, | ) |
| ST. CLAIR COUNTY SHERIFF DEPT., | ) |
| RICHARD WATSON, | ) |
| SHAN COLLINS, and | ) |
| MIKE SIMMS, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On January 19, 2021, this case was opened without the payment of a filing fee or the filing of a motion for leave to proceed in district court without prepaying fees or costs ("IFP motion"). On the same date, the Court entered a Notice and Order advising Plaintiff of his obligation to pay the filing fee of $402.00 or to file an IFP motion within thirty (30) days (no later than February 18, 2021). (Doc. 5). He was provided with a blank IFP motion. Plaintiff was also warned that failure to comply with the Court's Order would result in dismissal of the action. *Id*.

To date, Plaintiff has failed to pay the filing fee or file an IFP motion. He has not requested an extension of the deadline for doing the same. Therefore, this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with an Order of this Court and for failure to prosecute his claims. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). All pending motions (Docs. 2, 3, 4, and 9) are **DISMISSED as MOOT**, and the Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED:  2/26/2021         s/J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **U.S. District Judge**